IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAHSAAN DARDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 01-JEO-2098-S |
| | ) |
| UNITED PARCEL SERVICE, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION**

Plaintiff Rahsaan Darden (hereinafter "Darden" or "the plaintiff") has filed this action, asserting various claims against defendant United Parcel Service (hereinafter "UPS" or "the defendant"). It is before the court on the plaintiff's motion to proceed *in forma pauperis* (doc. 2) and the defendant's motion to dismiss (doc. 11).

On November 29, 2001, the magistrate judge assigned this matter entered a report and recommendation finding that this action is due to be dismissed with prejudice and that the plaintiff's motion to proceed *in forma pauperis* is due to be deemed moot. (Doc. 12). In response to the report and recommendation the plaintiff has filed various pleadings, including "Plaintiff's Motion to Strike Defendant's Motion to Dismiss" (doc. 13), "Plaintiff's Reason Why His Case Should Not Be Dismissed" (doc. 14), "Plaintiff's Objection to Defend[ant's] Motion to Dismiss" (doc. 15), a "Motion to Reinstate" (doc. 16), "[Plaintiff's] Motion to File Reason's Why Plaintiff's Case Should Not Be Dismissed and Reasons Why Plaintiff's Case Should Not Be Dismissed" (doc. 17), "[Plaintiff's] Motion to File Objection to Magistrate Judge's Report and Recommendation and Objection to Magistrate Judge's Report and Recommendation" (doc. 18), and "[Plaintiff's] Objection to Magistrate Judge's Report and Recommendation" (doc. 19).



In each pleading, the plaintiff repeats and reasserts the allegations found in his complaint.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the plaintiff's objections and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this matter is due to be dismissed with prejudice. An appropriate order will be entered.

**DONE**, this 11th day of December, 2001.

SHARON L. BLACKBURN
UNITED STATES DISTRICT JUDGE